**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**THOMAS CLARK, et al**                                                                    **PLAINTIFF(S)**

**VS**                                                       **CIVIL ACTION NO. 3:04CV-530-S**

**LOUISVILLE AND JEFFERSON COUNTY**
**METROPOLITAN SEWER DISTRICT**                                        **DEFENDANT(S)**

**ORDER**

On motion of the defendant, Louisville and Jefferson County Metropolitan Sewer District ("MSD"), by counsel, and the Court being duly and sufficiently advised by counsel, and the plaintiffs having filed no response;

**IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in MSD's favor and the case against it is DISMISSED with PREJUDICE. The plaintiffs' Motion in Limine is remanded as moot.**

**IT IS SO ORDERED** this 24th day of May, 2007.

Copies to Counsel